IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nieysha White, an individual, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>Ally Financial Inc., and Does 1 to 25, inclusive,<br><br>          Defendants. | Case No.: 3:16-cv-01969-L-BLM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUNITIVE CLASS**<br><br>**HON. M. JAMES LORENZ** |

Pursuant to Federal Rule of Civil Procedure 41(a) and for good cause shown, Plaintiff's motion of voluntary dismissal is **GRANTED.** The named plaintiff's claims are dismissed with prejudice. The putative class members' claims are dismissed without prejudice.

IT IS SO ORDERED.

Dated: October 11, 2016

_____
Hon. M. James Lorenz
United States District Judge